

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

The following constitutes
the order of the court. Signed September 15, 2017

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| DIRK HUGHES-HARTOGS ) | Case No. 17-51711 SLJ |
| ) | |
| ) | **ORDER OF DISMISSAL** |
| ) | **PRIOR TO CONFIRMATION** |
| Debtor ) | |

DEVIN DERHAM-BURK, Chapter 13 Trustee's Declaration in Support of Dismissal for Failure to Make First Plan Payment has been considered by the Court.

IT IS ORDERED that the above case is hereby dismissed and that any restraining orders heretofore issued be dissolved. After payment of allowed adequate protection payments, administrative costs and fees, the Trustee shall return to the Debtor any remaining balance of debtor funds on hand.

/
/
/
/

The Trustee shall submit at a later date, her Trustee's Final Report and Account for approval by the Court.

Notice of the dismissal shall be served upon all parties by the Clerk of the Court

* * * END OF ORDER * * *

## COURT SERVICE LIST

Case Name: DIRK HUGHES-HARTOGS                     Case No.: 17-51711 SLJ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

DIRK HUGHES-HARTOGS
P O BOX 40
MORGAN HILL, CA  95038